# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403


Joseph Frazer Gaar, Jr.                    Jason M. Welborn
Attorney at Law                            Attorney at Law
P. O. Drawer 2069                          P. O. Drawer 2069
Lafayette LA 70502-2053                    Lafayette LA 70502-2053


**REHEARING ACTION: July 14, 2010**


**Docket Number: 10   00042-CA**

**RYAN GEORGE**
**VERSUS**
**HORACE MCBRIDE, ET AL.**

**Appealed from ST. LANDRY Parish Case No. 07-C-2216-A**


**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Jimmie C. Peters**
**Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ryan George** has this day been

**DENIED.**


cc: Frederick Douglas Gatz, Jr., Counsel for the Appellee